UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOEL JEANNITE,<br>  Plaintiff,<br><br>  v.<br><br>LANDREN BADGE #5220, et al.,<br>  Defendants. | **CIVIL ACTION**<br>No. 22-12086-IT |

ORDER
March 21, 2023

On March 6, 2023, the court granted Plaintiff's <u>Application to Proceed Without Prepayment of Fees and Affidavit</u> [Doc. 3] and directed Plaintiff to file by March 17, 2023, an amended complaint that complies with the basis pleading requirements of the Federal Rules of Civil Procedure. Order [Doc. 5]. Plaintiff was warned that failure to file an amended complaint on or before March 17, 2023, will result in dismissal of his case. [*Id.*]

Jeannite did not file an amended complaint or anything further in this case. "A district court, as part of its inherent power to manage its own docket, may dismiss a case *sua sponte* for any of the reasons prescribed in Fed. R. Civ. P. 41(b)." *Cintron-Lorenzo v. Departamento de Asuntos del Consumidor*, 312 F.3d 522, 525-26 (1st Cir. 2002). "Lack of diligent prosecution is such a reason." *Id.* Accordingly, this case is DISMISSED without prejudice.

  SO ORDERED.

               /s/ Indira Talwani
               UNITED STATES DISTRICT JUDGE

March 21, 2023